No. 13. ENGINE AIR SERVICE, INC. ET AL. *v*. HALPERT, TRUSTEE IN BANKRUPTCY. Certiorari, 348 U. S. 854, to the United States Court of Appeals for the Second Circuit. June 9, 1955. Dismissed on motion of petitioners pursuant to Rule 60 of the Rules of this Court. *James G. Moore* for petitioners. 

No. 166. ILLINOIS CENTRAL RAILROAD Co. *v*. COUSSENS, ADMINISTRATRIX. On petition for writ of certiorari to the Supreme Court of Mississippi. July 26, 1955. Dismissed per stipulation pursuant to Rule 60 of the Rules of this Court. *James L. Byrd* was on the stipulation for petitioner. With him on the petition were *Joseph H. Wright* and *John W. Freels.* 

No. 10, Misc. MASUTH *v*. INDIANA. On petition for writ of certiorari to the Supreme Court of Indiana. August 4, 1955. Dismissed per stipulation pursuant to Rule 60 of the Rules of this Court. *Richard W. Mehl* for petitioner. *Edwin K. Steers,* Attorney General of Indiana, for respondent. 

No. 128. GOLDBAUM ET AL. *v*. UNITED STATES. On petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit. August 9, 1955. Dismissed per stipulation pursuant to Rule 60 of the Rules of this Court. *Irvin Goldstein* for petitioners. *Solicitor*

801

*General Sobeloff* was on the stipulation for the United States. With him on a brief in opposition to the petition were *Assistant Attorney General Holland, Ellis N. Slack, John H. Mitchell, Joseph M. Howard* and *Dickinson Thatcher.*

No. 107, Misc. HODGE *v.* CALIFORNIA. On petition for writ of certiorari to the Supreme Court of California. August 29, 1955. Dismissed on motion of petitioner under Rule 60 of the Rules of this Court.

No. 269. LAMBERT'S POINT DOCKS, INC. *v.* KENDALL, ASSISTANT DIRECTOR, OFFICE OF DEFENSE MOBILIZATION. On petition for writ of certiorari to the United States Emergency Court of Appeals. August 30, 1955. Dismissed per stipulation pursuant to Rule 60 of the Rules of this Court. *W. R. Ashburn* for petitioner. *Solicitor General Sobeloff* for respondent.

OCTOBER 3, 1955.

No. 15. DERECKTOR *v.* UNITED STATES. Certiorari, 348 U. S. 926, to the Court of Claims. Dismissed per stipulation pursuant to Rule 60 of the Rules of this Court. *Seymour W. Miller* was on the stipulation for petitioner. With him on a brief was *Israel G. Seeger*. *Solicitor General Sobeloff* was on the stipulation for the United States.

OCTOBER 10, 1955.

No. 43. WADE ET UX. *v.* MICHIGAN. Appeal from the Supreme Court of Michigan. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want